# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Elyse Ferrington and Michael Ferrington, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Aramark Sports and Entertainment Services, LLC, a foreign limited liability corporation authorized to do business in Arizona; John Does and Jane Does I-X; Black and White Partnerships I-X; and ABC Corporations I-X,<br><br>　　　　　　　Defendants. | No. 2:22-cv-01108-GMS<br><br>**ORDER** |

Having reviewed the parties' Joint Motion to Extend Expert Disclosure Deadlines, and good cause appearing,

**IT IS ORDERED** extending the deadlines in the Case Management Order (Doc. 17) as follows:

1. Plaintiffs' deadline to provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure is extended from January 27, 2023 to **March 3, 2023.**

2. Defendant's deadline to provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure is extended from March 3, 2023 to **March 31, 2023**.

3. The deadline for rebuttal expert disclosures, if any, is extended from March 31, 2023 to **April 28, 2023**.

11300319.1

All other deadlines in the original Case Management Order (Doc. 17) are affirmed.

DATED this _____ day of January, 2023.

By _____
G. Murray Snow
Chief United States District Judge

2

11300319.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11300319.1